IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:19-cr-409-RAH |
| | ) | |
| MONTREAL HOLLEY | ) | |

## ORDER

Before the Court is the Motion for Early Termination of Supervised Release filed by Montreal Holley.  (Doc. 47.) The Government does not object. For the reasons that follow, the Motion is due to be granted.

Under 18 U.S.C. § 3583(e)(1), the Court may terminate a term of supervised release under specified conditions.  The defendant must have completed one year of supervised release, and the Court must find, after considering various factors in 18 U.S.C. § 3553(a), that "such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1).

On February 21, 2020, Holley was sentenced to 37 months of imprisonment followed by 3 years of supervised release on his embezzlement conviction, a violation of 18 U.S.C. § 656.  The Court also ordered that he pay $125,448.83 in restitution.  His supervision is scheduled to end on January 17, 2025.

His compliance with the terms of supervised release have been duly considered.  According to the Government, Holley's supervising officer confirmed

that his conduct has been exemplary, that he has pursued both educational opportunities and employment, and has maintained a relationship with his child.  In a letter to the Court, Holley stated that a potential employment position he hopes to pursue would enable him to make greater payments toward his restitution obligation. The Court has weighed the applicable § 3553(a) factors – particularly the nature and circumstances of the offense and the history and characteristics of Holley.  After fully considering the statutory requirements, and there being no objection to the Motion, the Court finds that the interest of justice and Holley's conduct warrant early termination of his term of supervised release.

Holley is reminded that the early termination does not relieve his restitution obligation.  The Court fully expects he will continue to be fully compliant with his restitution obligation.

Accordingly, it is ORDERED that Holley's Motion for Early Termination of Supervised Release (Doc. 47) is GRANTED and that his previously imposed term of supervised release is TERMINATED as of this date.

DONE, on this the 22nd day of February, 2023.

_____/s/ R. Austin Huffaker, Jr._____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE